**KYOCERA WIRELESS CORP., Appellant,**

and

**AT&T Mobility LLC (formerly known as Cingular Wireless, LLC), Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

**Broadcom Corporation, Intervenor.**

Nos. 2008–1301, 2008–1302.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.

Claudia Wilson Frost, Principal Attorney, Lee Kovarsky of Counsel Attorney, Pillsbury Winthrop Shaw Pittman LLP, Houston, TX, William P. Atkins of Counsel Attorney, Benjamin L. Kiersz, of Counsel Attorney, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, Don F. Livornese, Principal Attorney, Bradley J. Sparks of Counsel Attorney, Howrey LLP, Los Angeles, CA, for Appellants.

Robert A. Van Nest, Principal Attorney, Steven K. Taylor of Counsel Attorney, Keker & Van Nest, LLP, San Francisco, CA, for Intervenor.

Michael Liberman, Principal Attorney, Andrea C. Casson of Counsel Attorney, Clara Kuehn of Counsel Attorney, James M. Lyons of Counsel Attorney, U.S. International Trade Commission, Washington, DC, for Appellee.

## ON MOTION

### ORDER

Upon consideration of the unopposed motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.